**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ROSEMARY MASCIA

CIVIL ACTION NO.#

v.

NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK

AUGUST 4, 2008

## COMPLAINT

Plaintiff, for her complaint alleges:

### PARTIES AND JURISDICTION

1. The Plaintiff Rosemary Mascia ("Mascia") is an individual with a residential address at 9 Greib Road, Wallingford, Connecticut 06492.

2. The Defendant National Railroad Passenger Corporation a/k/a AMTRAK ("AMTRAK") is a national passenger rail carrier organized and existing under and by virtue of the laws of the United States of America, with its primary office located at 60- Massachusetts Avenue NE, Washington, DC, 2002

1

3.   The matter in controversy exceeds Seventy Five Thousand Dollars, exclusive of interest and costs pursuant to 28 U.S.C. §1332(a).

4.   Jurisdiction is based upon diversity of citizenship, 28 U.S.C 1332. Venue is proper in this district pursuant to 28 USC 1391(a).

**FACTUAL ALLEGATIONS**

5.   On August 6, 2006, Mascia was a passenger on an AMTRAK passenger train traveling from the State of Virginia to her end destination in Wallingford, Connecticut.

6.  While a passenger on said AMTRAK train, Mascia has occasion to use a public rest facility ("restroom") for use by passengers on board said AMTRAK train.

7.  While using said restroom while the train was in the Stamford, Connecticut train station, , Mascia was in the process of standing into an upright position from a sitting position on the commode with the intention of adjusting her clothing, the AMTRAK train suddenly and without warning lurched forward with a significant amount of force.

8. As said AMTRAK train lurched forward, Mascia was caused to be pitched forward with great force and violence causing her to strike her head, left shoulder, arm, twisting her back while falling to the floor, being rendered unconscious.

2

9. In consequence of said occurrence, Mascia was caused to suffer injuries to her person, including but not limited to: cervical spine, left shoulder, arm, neurological sequella, including, but not limited to dizziness and loss of memory.

10. Said occurrence and injuries suffered by Mascia would not have occurred but for the negligent acts of AMTRAK by its agents, servants and employees in that it:

a) Permitting passengers, such as Mascia, use of restroom facilities on the train during a time period in the which the train was likely to make sudden and unexpected starts and stops, thereby placing passengers at risk of being violently Tossed about in the confined space of a restroom;

b) Failing to warn passengers, such as Mascia, of the likihood of sudden starts and stops while in station or upon arrival or departure from station;

c) Failing to inform/warn passengers such as Mascia, that they should appropriately remain seated except for embarkation or disembarkation while the train was approaching or departing station;

THE ALEXANDER SCHEIRER LAW FIRM, LLC • 2519 WHITNEY AVENUE • HAMDEN, CONNECTICUT 06518 • (203) 288-6955

d) Failing to have audible or visual signaling devices installed in the restroom(s) to warn passenger of an impending stop or start of movement by the train so as To permit the passenger to either remain seated on the (a) commode or if upright, to brace oneself in anticipation of any sudden movement by the train.

11. As a proximate and direct result of the Defendant's conduct as aforesaid, the Plaintiff was caused to suffer both physical injury as aforesaid.

12. The Plaintiff has suffered pain, mental anguish and from nervousness, some of the injuries or the effects thereof are, or are likely to be permanent.

13. The Plaintiff has incurred expenses for medical attention.

**PRAYER FOR RELIEF**

WHEREFORE, Mascia asks this Court enter judgment against National Railroad Passenger Corporation a/k/a AMTRAK and an Order for the awarding of Damages to Mascia in the amount of $200,000.00.

4

**JURY CLAIM**

Plaintiff respectfully claims this matter to a jury.

THE PLAINTIFF,
ROSEMARY MASCIA

By: *[signature]*
Alexander Scheirer, Esq.
The Alexander Scheirer Law Firm LLC
2519 Whitney Avenue
Hamden, CT. 06518
(203) 288-6955
FED BAR ID: ct02107
